### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| SEMATIC USA, INC. d/b/a<br>TYLER ELEVATOR PRODUCTS,<br><br>        Plaintiff,<br><br>    -vs.-<br><br>OTIS ELEVATOR COMPANY,<br><br>        Defendant. | CASE NO. 1:04 CV 2400<br><br>JUDGE PATRICIA GAUGHAN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff Sematic USA, Inc. dba Tyler Elevator Products and Defendant Otis Elevator Company hereby stipulate that this case has been settled and may be dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| LASKO & LIND CO., LPA | TUCKER ELLIS & WEST LLP |
| By:   /s/ Joseph R. Spoonster<br>    John K. Lind, Esq. (0052247)<br>    Joseph R. Spoonster, Esq. (0070863)<br>    1406 West Sixth Street, Suite 200<br>    Cleveland, OH 44113-1300<br>    (216) 574-2600 – Telephone<br>    (216) 574-2800 - Facsimile<br><br>*Attorneys for Plaintiff*<br>*Sematic USA, Inc. dba*<br>*Tyler Elevator Products* | By:   /s/ Thomas W. Baker<br>    Harry D. Cornett, Jr. (0013179)<br>    Thomas W. Baker (0070558)<br>    1150 Huntington Building<br>    925 Euclid Avenue<br>    Cleveland, OH 44115-1475<br>    Telephone: (216) 592-5000<br>    Facsimile: (216) 592-5009<br><br>*Attorneys for Defendant*<br>*Otis Elevator Company* |

        So Ordered.
          /s/ Patricia A. Gaughan
            7/6/06

52373.00063.893646.1